JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 2 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| ALBERTO CARRILLO,<br><br>     Petitioner,<br><br>vs.<br><br>FERNANDO GONZALEZ, Warden,<br><br>     Respondent. | Case No. CV 09-6400-CJC (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 19, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE